Charles L. Thompson, IV, State Bar No. 139927
charles.thompson@ogletreedeakins.com
Kevin D. Reese, State Bar #172992
kevin.reese@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870
Attorneys for Defendant
CROWN BUILDING MAINTENANCE CO.

Phillip M. Miller, State Bar No. 87877
pmiller@sjlawcorp.com
Kimberly A. Hancock, State Bar No. 205567
khancock@sjlawcorp.com
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA  94104
Telephone:    415.882.7900
Facsimile:    415.882.9287
Attorneys for Plaintiffs
SERVICE EMPLOYEES INTERNATIONAL
UNION NATIONAL INDUSTRY PENSION
FUND, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; STEPHEN ABRECHT, Trustee; RODERICK S. BASHIR, Trustee; KEVIN J., DOYLE, Trustee; DAVID A. STILWELL Trustee; STEVEN W. FORD, Trustee; LARRY T. SMITH, Trustee; FRANK A. MAXSON, Trustee; EDWARD MANKO, Trustee; JOHN J. SHERIDAN, Trustee; and MYRIAM ESCAMILLA, Trustee, <br><br> Plaintiffs, <br><br> v. <br><br> CROWN BUILDING MAINTENANCE CO., a California corporation, doing business as ABLE BUILDING MAINTENANCE CO., <br><br> Defendant. | Case No. CV 12 5328 JSC <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> Complaint Filed:  October 16, 2012 |

1    Pursuant to Local Rule 6.1(a), the parties hereby stipulate to an extension of time for
2   Defendant Crown Building Maintenance Co., doing business as Able Building Maintenance Co.
3   ("ABLE"), to respond to Plaintiffs' First Amended Complaint.

## RECITALS

1. On October 16, 2012, Plaintiffs filed a Complaint pursuant to Sections 502 and 515 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), alleging Defendant ABLE has failed to pay in full certain contributions due and owing to the SEIU Pension Fund.

2. On November 16, 2012, Plaintiffs filed a First Amended Complaint generally alleging Defendant ABLE failed to make additional contributions that it was required to make.

3. A response to the First Amended Complaint is currently due on December 3, 2012.

4. For good cause, the parties hereby stipulate and agree that a response to the First Amended Complaint in this action shall be due no later than December 17, 2012. The parties hereby aver that the date will not alter the date of any event or delay any deadline already set by the Court.

## STIPULATION

Pursuant to Local Rule 6.1(a), the parties hereby stipulate to extend the deadline for Defendant ABLE to respond to Plaintiffs' First Amended Complaint to no later than December 17, 2012.

DATED:  December 3, 2012　　　　　　　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
　　Charles L. Thompson, IV
　　Kevin D. Reese

Attorneys for Defendant
CROWN BUILDING MAINTENANCE CO.

DATED:  December 3, 2012　　　　　　　　SALTZMAN & JOHNSON LAW CORPORATION

By: _____
　　Phillip M. Miller
　　Kimberly A. Hancock

Attorneys for Plaintiffs
SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.

IT IS SO ORDERED:

DATED:   December 4, 2012

_____
Honorable Jacqueline Scott Corley
Magistrate Judge