| | |
|---|---|
| 1 | Charles L. Thompson, IV, State Bar No. 139927 |
| | charles.thompson@ogletreedeakins.com |
| 2 | Kevin D. Reese, State Bar #172992 |
| | kevin.reese@ogletreedeakins.com, |
| 3 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | Steuart Tower, Suite 1300 |
| 4 | One Market Plaza |
| | San Francisco, CA  94105 |
| 5 | Telephone:    415.442.4810 |
| | Facsimile:     415.442.4870 |
| 6 | Attorneys for Defendant |
| | CROWN BUILDING MAINTENANCE CO. |
| 7 | |
| 8 | Phillip M. Miller, State Bar No. 87877 |
| | pmiller@sjlawcorp.com |
| 9 | Kimberly A. Hancock, State Bar No. 205567 |
| | khancock@sjlawcorp.com |
| 10 | SALTZMAN & JOHNSON LAW CORPORATION |
| | 44 Montgomery Street, Suite 2110 |
| 11 | San Francisco, CA  94104 |
| | Telephone:    415.882.7900 |
| 12 | Facsimile:     415.882.9287 |
| | Attorneys for Plaintiffs |
| 13 | SERVICE EMPLOYEES INTERNATIONAL |
| | UNION NATIONAL INDUSTRY PENSION |
| 14 | FUND, et al. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; STEPHEN ABRECHT, Trustee; RODERICK S. BASHIR, Trustee; KEVIN J. DOYLE, Trustee; DAVID A. STILWELL Trustee; STEVEN W. FORD, Trustee; LARRY T. SMITH, Trustee; FRANK A. MAXSON, Trustee; EDWARD MANKO, Trustee; JOHN J. SHERIDAN, Trustee; and MYRIAM ESCAMILLA, Trustee,<br><br>         Plaintiffs,<br><br>     v.<br><br>CROWN BUILDING MAINTENANCE CO., a California corporation, doing business as ABLE BUILDING MAINTENANCE CO.,<br><br>         Defendant. | Case No. CV 12 5328 SBA<br><br>**STIPULATION AND  ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:   October 16, 2012 |

1    Pursuant to Local Rule 6.1(a), the parties hereby stipulate to an extension of time for
2  Defendant Crown Building Maintenance Co., doing business as Able Building Maintenance Co.
3  ("ABLE"), to respond to Plaintiffs' First Amended Complaint.

### RECITALS

5    1.   On October 16, 2012, Plaintiffs filed a Complaint pursuant to Sections 502
          and 515 of the Employee Retirement Income Security Act of 1974, as
          amended ("ERISA"), alleging Defendant ABLE has failed to pay in full
          certain contributions due and owing to the SEIU Pension Fund.

     2.   On November 16, 2012, Plaintiffs filed a First Amended Complaint
          generally alleging Defendant ABLE failed to make additional contributions
          that it was required to make.

     3.   On December 3, the parties entered into a stipulation extending the time for
          ABLE to respond to the First Amended Complaint to December 17, 2012.

     4.   For good cause, the parties hereby stipulate and agree that a response to the
          First Amended Complaint in this action shall be due no later than December
          28, 2012.  The parties hereby aver that the date will not alter the date of any
          event or delay any deadline already set by the Court.

### STIPULATION

Pursuant to Local Rule 6.1(a), the parties hereby stipulate to extend the deadline for Defendant ABLE to respond to Plaintiffs' First Amended Complaint to no later than December 28, 2012.

DATED: December 17, 2012   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Kevin D. Reese
    Charles L. Thompson, IV
    Kevin D. Reese

Attorneys for Defendant
CROWN BUILDING MAINTENANCE CO.


DATED: December 17, 2012   SALTZMAN & JOHNSON LAW CORPORATION


By: /s/ Kimberly A. Hancock
    Phillip M. Miller
    Kimberly A. Hancock

Attorneys for Plaintiffs
SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.


IT IS SO ORDERED:


DATED: December 20, 2012

_____
Hon. United States District Court Judge

13959874.1 (OGLETREE)

3   Case No. CV 12 5328 SBA
STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT