United States District Court
Northern District of California

1

2

3                 UNITED STATES DISTRICT COURT

4               NORTHERN DISTRICT OF CALIFORNIA

5                       OAKLAND DIVISION

6

7   SERVICE EMPLOYEES
    INTERNATIONAL UNION                    Case No.  C 12-5328 SBA
    NATIONAL INDUSTRY PENSION
8   FUND; et al.,                          **ORDER DIRECTING ENTRY OF
                                           JUDGMENT PURSUANT TO
9              Plaintiffs,                  STIPULATION**

10        v.                               Dkt. 31

11  CROWN BUILDING MAINTENANCE
    CO., a California corporation doing
12  business as ABLE BUILDING
    MATERIAL CO.,
13
               Defendant.
14

15

16

17        Good cause appearing,

18        IT IS HEREBY ORDERED THAT judgment shall be entered pursuant to the

19  parties' Stipulation for Entry of Judgment, filed on January 6, 2014, Dkt. 31.  The Clerk

20  shall close the file and terminate any pending matters.

21        **IT IS SO ORDERED.**

22  Dated: 1-8-14

23                                         _____
                                           SAUNDRA BROWN ARMSTRONG
24                                         United States District Judge

25

26

27

28